IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARRELL FAIR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 21-cv-0319 |
| | ) | |
| v. | ) | Honorable John Robert Blakey |
| | ) | |
| DAVID GOMEZ, RANDY PFISTER, | ) | Magistrate Jeannice Appenteng |
| SHERWIN MILES, NURSE WENDY, | ) | |
| NURSE LESLIE, NURSE JANE DOE, | ) | |
| LT. KREWER, ILLINOIS DEPARTMENT | ) | |
| OF CORRECTION and WEXFORD | ) | |
| HEALTH SOURCES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF
DISCOVERY COMPLETION DATE**

Plaintiff, DARRELL FAIR, through his counsel, Michael Lee Tinaglia, appointed pursuant to Local Rules 83.11 and 83.36, hereby moves for an extension of the discovery completion date, and in support of the instant motion states as follows:

1. On August 20, 2024, Magistrate Judge Jeannice W. Appenteng entered a Minute Entry (Doc 146) providing in relevant part that "all fact discovery, including treating physician discovery shall be completed by April 18, 2025."

2. Plaintiff's counsel issued interrogatories and requests for production of documents to Defendants Pfister, Miles, Krewer, Gomez, and the Illinois Department of Corrections ("IDOC Defendants") on September 16, 2024.

1

3. Defendants Pfister, Miles, Krewer, Gomez, and the Illinois Department of Corrections ("IDOC Defendants") each responded to Plaintiff's written discovery on October 16, 2024 and November 8, 2024.

4. Plaintiff's counsel issued interrogatories and requests for production of documents to Defendant Wilking on September 16, 2024.

5. Defendant Wilking responded to Plaintiff's written discovery on November 19, 2024.

6. Defendants Pfister, Miles, Krewer, Gomez, and the Illinois Department of Corrections ("IDOC Defendants") served written discovery requests to Plaintiff on August 30, 2024 and September 20, 2024, respectively.

7. Plaintiff responded to Defendant Gomez First Set of Interrogatories and Gomez's Second Set of Interrogatories December 9, 2024.

8. Defendant Wilking served written discovery requests to Plaintiff on September 16, 2024.

9. Plaintiff responded to the Wilking requests for production on December 3, 2024. And to the Wiling Interrogatories on December 9, 2024.

10. The Plaintiff's deposition was noticed by Defendant Wilking and taken in person on March 13, 2025 at the Illinois River Correctional Facility.

11. Plaintiff's counsel originally noticed the deposition of Defendant Wilking for April 4, 2025 and due to scheduling conflicts that date needed to be reset. The Defendant Wilking deposition is now scheduled to proceed in person on April 15, 2025.

12. Plaintiff's counsel has requested dates for Dr. M. Henze M.D. from opposing counsel Cundiff; counsel Cundiff has stated she is obtaining dates the doctor is available; and Plaintiff's counsel awaits receipt of the dates to confirm the deposition of the treating physician.

13. Plaintiff's counsel has noticed up the Rule 30(b)(6) deposition of IDOC for April 24, 2025 to be taken remotely.

14. Plaintiff's counsel has also noticed up the following depositions to be taken remotely on the dates indicated:

| **DEPONENT** | **DATE** | **TIME** |
|---|---|---|
| **David Gomez** | April 23, 2025 | 10:00 a.m. |
| **Randy Pfister** | April 23, 2025 | 12:00 p.m. |
| **Sherwin Miles** | April 23, 2025 | 1:00 p.m. |

15. Plaintiff's appointed counsel has had several challenges to the management of his very active law practice, including: 1) the reduction of the office from a two-attorney office to one attorney office due to the loss of an associate; health issues in the second half of February 2025; and hand surgery recently in March 2025. Appointed counsel is actively seeking an associate but has been unsuccessful to date.

16. In light of the above factors, Plaintiff respectfully asks for an extension of time, up to and including May 21, 2025 in which to complete all fact discovery.

17. Plaintiff makes this request not to cause unnecessary delay, but rather to ensure that Plaintiff and his counsel have sufficient time to prepare the appropriate responses to written discovery.

18. Prior to filing this motion, Plaintiff's counsel conferred, via email, with counsel for

3

Defendant Wilking and the IDOC Defendants regarding Plaintiff's requested extension and this motion. Counsel for both Defendant Wilking and the IDOC Defendants have confirmed that they have no objection and do not oppose this motion.

WHEREFORE, Plaintiff Darrell Fair, by his appointed attorney of record, Michael Lee Tinaglia respectfully requests:

A. That this Court extend the time for the parties to complete all fact discovery up to and including May 21, 2025; and,

B. That this Court grant such other and further relief consistent with this motion.

March 24, 2025

                                      Respectfully submitted,

                                      DARRELL FAIR, Plaintiff,

                                      By: /s/Michael Lee Tinaglia
                                            His Attorney

Michael Lee Tinaglia
Law Offices of Michael Lee Tinaglia, Ltd.
444 N. Northwest Hwy - Suite 350
Park Ridge, IL 60068
(847) 692-0421
mltinaglia@tinaglialaw.com

## **CERTIFICATE OF SERVICE**

  I, the undersigned, certify that I filed the foregoing Motion through the Court's CM/ECF system, which will cause electronic notification of this filing to be sent to all parties of record on March 24, 2025.


                By: s/Michael Lee Tinaglia
                   Michael Lee Tinaglia

MICHAEL LEE TINAGLIA ARDC # 2835886
Law Offices of Michael Lee Tinaglia Ltd.
Counsel for Plaintiff
444 N. Northwest Hwy., Suite 350
Park Ridge, IL 60068
Phone: (847) 692-0421; Fax: (847) 685-8440
mltinaglia@tinaglialaw.com